IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TOBY AUSTIN                                                                                          PLAINTIFF

v.                                          No. 4:06CV00580 GTE

BEMIS COMPANY, INC.                                                                         DEFENDANT

### ORDER OF DISMISSAL

This case, having been compromised and settled, is by consent of the parties dismissed with prejudice.

IT IS HEREBY SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE

September 18, 2006

APPROVED AS TO FORM:

/s/ Keith I. Billingsley
Bequette & Billingsley, P.A.
425 West Capital Ave., Suite 3200
Little Rock, AR 72201-3439
Telephone: 501-374-1107

ATTORNEY FOR PLAINTIFF

/s/ Brian A. Vandiver
CROSS, GUNTER, WITHERSPOON
& GALCHUS, P.C.
500 President Clinton Ave., Suite 200
Little Rock, AR 72201
Telephone: 501-371-9999

ATTORNEY FOR DEFENDANT

123974-1